IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR L. TRAVILLION, | No. 4:23-CV-01335 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LAUREL HARRY, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 14th day of May 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Sharon Clark's unopposed motion (Doc. 29) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendant Sharon Clark and against plaintiff Jamar L. Travillion as to the single remaining Section 1983 First Amendment retaliation claim.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge